■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE LEWIS, Appellant.— Order unanimously affirmed. (Appeal from order of Onondaga County Court denying, without a hearing, a motion to vacate a judgment of conviction rendered December 17, 1953.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENNY JACKSON, Also Known as ELEXANDER ROMANIC, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Monroe County Court convicting defendant of grand larceny, first degree.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARL A. NEPHEW, Appellant.— Order unanimously affirmed. (Appeal from order of Genesee County Court denying, without a hearing, a motion to vacate a judgment of conviction rendered October 25, 1960.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS L. JENNINGS, Appellant.— Order unanimously affirmed. (Appeal from order of Onondaga County Court denying, without a hearing, motion to vacate a judgment of conviction rendered October 15, 1953.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM HILL, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal from order of Wyoming County Court dismissing a writ of habeas corpus and remanding the relator to the Warden of Attica Prison.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ ARCHER MOTOR COMPANY, INC., Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 37020.) — Judgment unanimously affirmed, with costs. (Appeal by defendant from judgment of Court of Claims for claimant, in an action for damages for permanent appropriation of realty.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ In the Matter of GEORGE C. SCHMINKE, Petitioner, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Determination unanimously confirmed, without costs. (Review of determination of respondent revoking the petitioner's driver's license transferred by order of Erie Special Term to Appellate Division, Fourth Department, for determination.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN YUKICH, Appellant.— Order unanimously affirmed. (Appeal from order of Monroe County Court denying, after a hearing, motion to vacate a judgment of conviction rendered April 9, 1959.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.